IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

MICHELLE HALL, )
 )
    Plaintiff, )
 )
v. ) CASE NO. CV419-071
 )
UNITED STATES OF AMERICA, )
 )
    Defendant. )
 )

**O R D E R**

Before the Court is the parties' Stipulation of Voluntary Dismissal with Prejudice. (Doc. 21.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested by the parties, this action is **DISMISSED WITH PREJUDICE**. As a result, Defendant's Motion to Dismiss (Doc. 11) is **DISMISSED AS MOOT**. Each party shall bear its own costs and attorneys' fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 3rd day of February 2020.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA